**DISMISS; and Opinion Filed August 2, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00375-CV

**THE CITY OF IRVING, TEXAS, Appellant**
**V.**
**LAS COLINAS GROUP, LP, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-8748**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion Per Curiam

The Court has before it the parties' July 29, 2013 joint motion to dismiss appeal with

prejudice. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

130375F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

THE CITY OF IRVING, TEXAS, Appellant

No. 05-13-00375-CV          V.

LAS COLINAS GROUP, LP, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-8748.
Opinion delivered per curiam. Justices O'Neill, Francis and Fillmore sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 2nd day of August, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE